1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6 |    Telephone: (415) 436-6915
   FAX: (415) 436-6927
7 |
Attorneys for Respondents
8 |
                 UNITED STATES DISTRICT COURT
9 |
                 NORTHERN DISTRICT OF CALIFORNIA
10 |
                     SAN FRANCISCO DIVISION
11 |
LOAN KIM LY,                                     )
12 |                                              )
       Petitioner,                       )   Case No. 06-7365 MEJ
13 |                                              )
   v.                                        )
14 |                                              )
ALBERTO R. GONZALES, U.S. Attorney General;     )   **STIPULATION TO DISMISS AND**
15 | MICHAEL CHERTOFF, Secretary of the U.S.      )   **[PROPOSED] ORDER**
Department of Homeland Security; EMILIO T.      )
16 | GONZALES, Director of U.S. Citizenship and   )
Immigration Services; ROBERT S. MUELLER,        )
17 | Director of the U.S. Federal Bureau of Investigation;)
and DAVID N. STILL, San Francisco District      )
18 | Director, U.S. Citizenship and Immigration   )
Services;                                       )
19 |                                              )
       Respondents.                     )
20 | _____)

21 |     Petitioner, by and through her attorney of record, and Respondents, by and through their

22 | attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

23 | entitled action without prejudice in light of the fact that the United States Citizenship and

24 | Immigration Services is now prepared to adjudicate petitioner's application for naturalization and

25 | agrees to adjudicate such application within 30 days of the dismissal of this action.

26 |     Each of the parties shall bear their own costs and fees.

27 | ///

28 | ///

Stip. to Dismiss
C 06-7365 MEJ

| | | |
|---|---|---|
| 1 | Date: January 12, 2007 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | /s/ |
| 5 | | EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Respondents |

SCOTT N. NONAKA
SANDEEP N. SOLANKI
O'MELVENY & MEYERS, LLP

JOREN LYONS
ASIAN LAW CAUCUS

Date: January 12, 2007

*per fax signature*
SANDEEP N. SOLANKI
Attorneys for Petitioner

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

_____
MARIA-ELENA JAMES
United States Magistrate Judge

Stip. to Dismiss
C 06-7365 MEJ

Date: January \_\_\_\_, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: January 12, 2007

SCOTT N. NONAKA
SANDEEP N. SOLANKI
O'MELVENY & MEYERS, LLP

JOREN LYONS
ASIAN LAW CAUCUS

_____
SANDEEP N. SOLANKI
Attorneys for Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 9, 2007

MARIA-
United St... ...gistrate Judge

*[GRANTED stamp — Judge Maria-Elena James, United States District Court, Northern District of California]*

Stip. to Dismiss
C 06-7365 MEJ

2